# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Melissa A. Jordan | § | Case No. 14-37241 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 13,410.00                                    Assets Exempt: 36,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,171.89        Claims Discharged
                                                  Without Payment: 13,779.63

Total Expenses of Administration: 8,828.11

---

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,828.11 | 8,828.11 | 8,828.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,672.06 | 5,016.71 | 5,016.71 | 3,171.89 |
| **TOTAL DISBURSEMENTS** | $ 16,672.06 | $ 13,844.82 | $ 13,844.82 | $ 12,000.00 |

4) This case was originally filed under chapter 7 on 10/14/2014 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2017             By:/s/Miriam R. Stein
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADVERSARY COMPLAINT - FRAUDULENT TRANSFER | 1241-000 | 12,000.00 |
| TOTAL GROSS RECEIPTS | | $ 12,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Associated Bank | 2600-000 | NA | 52.29 | 52.29 | 52.29 |
| Clerk of the U. S. Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| WILLIAM J FACTOR LTD | 3210-000 | NA | 4,440.00 | 4,440.00 | 4,440.00 |
| WILLIAM J FACTOR LTD | 3220-000 | NA | 111.48 | 111.48 | 111.48 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,903.24 | 1,903.24 | 1,903.24 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 21.10 | 21.10 | 21.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,828.11 | $ 8,828.11 | $ 8,828.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BUCKEYE CHECK CASHING OF ILLINOIS | | 404.25 | NA | NA | 0.00 |
| | CARE STATION | | 44.00 | NA | NA | 0.00 |
| | CHASE CREDIT CARDS | | 2,000.00 | NA | NA | 0.00 |
| | CHASE CREDIT CARDS | | 2,000.00 | NA | NA | 0.00 |
| | CHECK INTO CASH | | 2,000.00 | NA | NA | 0.00 |
| | COMCAST | | 431.08 | NA | NA | 0.00 |
| | DR. THOMAS T. CHUNG | | 85.00 | NA | NA | 0.00 |
| | INGALLS MEMORIAL HOSPITAL | | 520.89 | NA | NA | 0.00 |
| | INGALLS MEMORIAL HOSPITAL | | 40.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LEND GREEN | | 2,000.00 | NA | NA | 0.00 |
| | LENDING TREE | | 250.00 | NA | NA | 0.00 |
| | LITTLE COMPANY OF MARY HOSPITAL | | 182.84 | NA | NA | 0.00 |
| | LITTLE COMPANY OF MARY HOSPITAL | | 161.31 | NA | NA | 0.00 |
| | MACY'S | | 459.44 | NA | NA | 0.00 |
| | MEDICAL RECOVERY SPECIALISTS | | 107.52 | NA | NA | 0.00 |
| | MEDICAL RECOVERY SPECIALISTS | | 42.93 | NA | NA | 0.00 |
| | MEDICAL RECOVERY SPECIALISTS INC. | | 370.44 | NA | NA | 0.00 |
| | MUNICIPAL COLLECTION SERVICES | | 200.00 | NA | NA | 0.00 |
| | RADIOLOGY IMAGING CONSULTANTS | | 186.00 | NA | NA | 0.00 |
| | WESTERN UNION | | 449.11 | NA | NA | 0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 1,510.73 | 1,574.78 | 1,574.78 | 995.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CITIBANK | 7100-000 | NA | 202.66 | 202.66 | 128.13 |
| 5 | NICOR GAS | 7100-000 | 500.00 | 324.54 | 324.54 | 205.20 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,395.51 | 1,460.58 | 1,460.58 | 923.47 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,331.01 | 1,454.15 | 1,454.15 | 919.41 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,672.06 | $ 5,016.71 | $ 5,016.71 | $ 3,171.89 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-37241 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Miriam R. Stein |
| Case Name: | Melissa A. Jordan | | | | Date Filed (f) or Converted (c): | 10/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/02/2014 |
| For Period Ending: | 03/08/2017 | | | | Claims Bar Date: | 07/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - FIFTH THIRD | 10.00 | 10.00 | | 0.00 | FA |
| 2. SECURITY DEPOSIT | 800.00 | 800.00 | | 0.00 | FA |
| 3. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. PENSION | 30,000.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE - TOYOTA 2012 | 18,000.00 | 0.00 | | 0.00 | FA |
| 7. ADVERSARY COMPLAINT - FRAUDULENT TRANSFER (u) | 0.00 | 90,000.00 | | 12,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $50,110.00    $90,810.00    $12,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

RE PROP #    7    --    Court approved settlement for $12,000.00.

Initial Projected Date of Final Report (TFR): 04/30/2016    Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-37241 | Trustee Name: Miriam R. Stein |
| Case Name: Melissa A. Jordan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8747 |
| | Checking |
| Taxpayer ID No: XX-XXX4034 | Blanket Bond (per case limit): |
| For Period Ending: 03/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/16 | 7 | Melissa Jordan | payment of Settlement Payment made pursuant to Court approved Settlement. Payment made by Cashier's Check. | 1241-000 | $12,000.00 | | $12,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.26 | $11,982.74 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.24 | $11,965.50 |
| 10/31/16 | 101 | FACTORLAW 105 W. Madison Street, Suite 1500 Chicago, IL 60602 | Professional Fees Approved by Court | | | $4,551.48 | $7,414.02 |
| | | WILLIAM J FACTOR LTD | ($4,440.00) | 3210-000 | | | |
| | | WILLIAM J FACTOR LTD | ($111.48) | 3220-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.79 | $7,396.23 |
| 01/26/17 | 102 | Miriam R. Stein 30 South Wacker Drive Suite 2600 Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,950.00 | $5,446.23 |
| 01/26/17 | 103 | Clerk of the U. S. Bankruptcy Court 219 S. Dearborn Street Suite 800 Chicago, Illinois | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $5,096.23 |
| 01/26/17 | 104 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. RANDOLPH STREET SUITE 1150 CHICAGO, IL 60606 | Distribution | | | $1,924.34 | $3,171.89 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($1,903.24) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($21.10) | 3420-000 | | | |
| | | | Page Subtotals: | | $12,000.00 | $8,828.11 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-37241 | Trustee Name: Miriam R. Stein |
| Case Name: Melissa A. Jordan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8747 |
| | Checking |
| Taxpayer ID No: XX-XXX4034 | Blanket Bond (per case limit): |
| For Period Ending: 03/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/17 | 105 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Distribution | | | $1,842.88 | $1,329.01 |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 1 representing a payment of 63.23 % per court order. ($923.47) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 2 representing a payment of 63.23 % per court order. ($919.41) | 7100-000 | | | |
| 01/26/17 | 106 | CAPITAL ONE BANK USA, N.A.<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 63.23 % per court order. | 7100-000 | | $995.68 | $333.33 |
| 01/26/17 | 107 | CITIBANK<br>CITIBANK, N.A.<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Final distribution to claim 4 representing a payment of 63.23 % per court order. | 7100-000 | | $128.13 | $205.20 |
| 01/26/17 | 108 | NICOR GAS<br>PO BOX 549<br>AURORA IL 60507 | Final distribution to claim 5 representing a payment of 63.23 % per court order. | 7100-000 | | $205.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

Page Subtotals: $0.00    $3,171.89

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8747 - Checking | $12,000.00 | $12,000.00 | $0.00 |
|  | $12,000.00 | $12,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals:    $0.00    $0.00